UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MICHAEL EYES, SR., KATHERINE EYES, And MICHAEL EYES, JR., individually, <br><br> Plaintiffs, <br><br> v. <br><br> VLL PROPERTIES, <br> a Tennessee General Partnership, <br> VIRGINIA L. LEWIS, Individually, <br> d/b/a H & L, and <br> KENNY R. HARP, Individually, <br> d/b/a H & L, <br><br> Defendants. | Case No. 2:23-cv-160 |

## AGREED ORDER OF DISMISSAL

THIS DAY CAME the parties, by counsel, and represented to the Court that they desire to dismiss this action with prejudice. In consideration whereof, it is ORDERED that the action herein be, and the same hereby is, DISMISSED with full prejudice and stricken from the docket of the Court.

It is further ORDERED that the court costs herein, if any, shall be and hereby are taxed to the parties individually.

The Clerk is directed to send a copy of this Order to all counsel of record in this case.

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE